# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GENTRY LEE MARKUS**  **PLAINTIFF**
**ADC #146800**

v.  CASE NO. 3:23-cv-00110 JM

**CINDY THYER, Judge,** *et al.*  **DEFENDANTS**

## ORDER

Gentry Lee Markus's Complaint (Doc. 1) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 2); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 29th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE