IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GENTRY LEE MARKUS**                                                                 **PLAINTIFF**
**ADC #146800**

v.                              **CASE NO. 3:23-cv-00110 JM**

**CINDY THYER, Judge**, *et al*.                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE